Theodore TRIANGOLO, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6376.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1931.

Theodore Triangolo, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

UNITED STATES of America, Appellant, v. Erman COIL, Appellee.

No. 6622.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to motion of counsel for appellant, consented to by counsel for appellee, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellant, v. Edythe HOOPS, as Administratrix of the Estate of Fay E. Hoops, Deceased, et al., Appellees.

No. 6628.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

Oscar L. WILLETT, Petitioner, v. E. A. LYNCH, Trustee in Bankruptcy of the Estate of E. G. LEWIS, Bankrupt, Respondent.

No. 6651.

Circuit Court of Appeals, Ninth Circuit.

Nov. 14, 1931.

Oscar L. Willett, of Atascadero, Cal., in pro. per.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Good cause therefor appearing, ordered petition for allowance of appeal under section 24b of the Bankruptcy Act (11 USCA § 47(b) denied.